UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TINA SEALS,

                Plaintiff,

-against-

DOMINIQUE SIDE HAWKINS, PRACTICE PHYSICIAN,

                Defendant.

1:25-CV-7472 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

      In an order dated October 1, 2014, in a previous civil action brought by Plaintiff in this court, the court barred Plaintiff from filing future civil actions in this court *in forma pauperis* ("IFP") without first obtaining leave of the court to file. *See Seals v. McClurkin*, ECF 1:14-CV-6080, 7 (S.D.N.Y. Oct. 1, 2014). Plaintiff files this new *pro se* civil action, but she has neither paid the fees to bring this action nor filed an IFP application. Because Plaintiff has not paid the fees to bring this action, the Court understands that Plaintiff is attempting to proceed IFP. As Plaintiff has not sought leave to file this action, the Court dismisses this action without prejudice for Plaintiff's failure to comply with court's October 1, 2014 order in *Seals*, 1:14-CV-6080.

      The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reason set forth in this order.

SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                      /s/ Laura Taylor Swain
                                      LAURA TAYLOR SWAIN
                                      Chief United States District Judge