UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TINA SEALS,<br><br>                    Plaintiff,<br><br>     -against-<br><br>DOMINIQUE SIDE HAWKINS, PRACTICE PHYSICIAN,<br><br>                    Defendants. | 25cv7472 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the September 22, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   September 22, 2025
         New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge